UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SANDERS,

    Plaintiff,

v.

MICHIGAN JUDICIAL TENURE COMMISSION,
et al.,

    Defendants.
_____/

Case No. 16-12959

HON. AVERN COHN

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (Docs. 8, 9)
AND REOPENING CASE
AND GRANTING PLAINTIFF IFP STATUS
AND DIRECTING SERVICE OF THE COMPLAINT**

On August 15, 2016, plaintiff filed a pro se complaint naming the Michigan Judicial Tenure Commission and others as defendants. Plaintiff also sought to proceed without payment of the filing fee (IFP). Because plaintiff's application to proceed IFP indicated she had sufficient funds to pay the filing fee, on September 13, 2016, the Court denied plaintiff IFP status and directed her to pay the filing fee by October 13, 2016. The order also stated that "[f]ailure to pay the filing fee by this deadline may result in dismissal of the complaint." (Doc. 6). Plaintiff did not pay the filing fee. Accordingly, the Court dismissed the complaint without prejudice. (Doc. 7).

Before the Court is plaintiff's motion for reconsideration, see Docs. 8, 9, in which she asks the Court to reconsider denying her IFP status and dismissing the case for failing to pay the filing fee. In her papers, plaintiff sets forth grounds to establish that she is unable to pay the filing fee. Accordingly, plaintiff's motion for reconsideration is

GRANTED.  See E.D. Mich. LR 7.1(h)(3).

This case is REOPENED.

Plaintiff's application to proceed IFP is GRANTED.  The Clerk is directed to process this case for service.  The U.S. Marshal is directed to serve a copy of the complaint, summons, and this order upon each defendant named in the complaint.  The U.S. Marshal shall effect service without prepayment of the usual costs of service.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 11, 2017
Detroit, Michigan