UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SANDERS,

        Plaintiff(s),

v.

MICHIGAN JUDICIAL TENURE COMMISSION,

        Defendant(s).
_____/

CASE NUMBER: 16-12959

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

**ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESSES,
SUMMONS AND COPIES OF COMPLAINT TO EFFECTUATE SERVICE**

On January 11, 2017, the Court entered an order granting the plaintiff's Motion to Proceed Informa Pauperis and granting the request for service by the U.S. Marshal.

In order for the U.S. Marshal to effectuate service, plaintiff must provide the following:

1. The addresses of the defendants and the summons for service.

2. The appropriate number of copies of the complaint for the defendants to be served.

IT IS ORDERED that the plaintiff shall provide the Court with the addresses of the defendants, copies of the complaint and the summons for service on or before **April 17, 2017.**

SO ORDERED.

Dated: March 16, 2017

                                          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE