UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SANDERS,

      Plaintiff,

v.

Case No. 16-12959

HON. AVERN COHN

MICHIGAN SUPREME COURT, MICHIGAN
JUDICIAL TENURE COMMISSION, EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,
U.S. ATTORNEY'S OFFICE, DR. NORMAN L. MILLER,
UNITED STATES GOVERNMENT, MICHIGAN
ATTORNEY GRIEVANCE COMMISSION,
MICHIGAN ATTORNEY DISCIPLINE BOARD,
CITY OF DETROIT, a municipal Corporation,
LAIDLER & ZIELINSKI, PLLC, CYRIL HALL,
COLLINS, EINHORN, FARRELL, PC.,
and the 36TH JUDICIAL DISTRICT COURT,

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S "PETITION FOR A TEMPORARY RESTRAINING ORDER" (Docs. 39, 43)

On August 15, 2016, plaintiff proceeding pro se and in forma pauperis, filed a complaint against the above named defendants. As best as can be gleaned, plaintiff claims violations of state and federal law relating to proceedings before the Michigan Supreme Court and Michigan Judicial Tenure Commission which resulted in her removal from the bench. She also claims violations of federal law during her employment as a state district court judge, including Title VII (race, religion, and gender discrimination) and the Americans with Disabilities Act. The defendants are in the process of being served.

Before the Court is plaintiff's "Petition for a Temporary Restraining Order." (Docs. 39, 42). As best as can be gleaned, plaintiff asks the Court to issue a temporary restraining order directing the City of Detroit and its Clerk to place plaintiff's name on the August 8, 2017 ballot for Mayor of the City of Detroit. Apparently, plaintiff's nominating petition was disqualified by the City of Detroit Department of Elections because plaintiff does not meet the residency requirements in the City Charter. Putting aside that plaintiff cites no authority for the relief she seeks and the fact that state law provides a review process for nominating petitions, clearly, the subject matter of the petition for a TRO has nothing to do with the case pending before the undersigned. The petition is DENIED.

SO ORDERED.

_____
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 5-16-2017
Detroit, Michigan