UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SANDERS,

    Plaintiff,

v.

Case No. 16-12959

HON. AVERN COHN

MICHIGAN SUPREME COURT, MICHIGAN
JUDICIAL TENURE COMMISSION, EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,
U.S. ATTORNEY'S OFFICE, DR. NORMAN L. MILLER,
UNITED STATES GOVERNMENT, MICHIGAN
ATTORNEY GRIEVANCE COMMISSION,
MICHIGAN ATTORNEY DISCIPLINE BOARD,
CITY OF DETROIT, a municipal Corporation,
LAIDLER & ZIELINSKI, PLLC, CYRIL HALL,
COLLINS, EINHORN, FARRELL, PC.,
and the 36TH JUDICIAL DISTRICT COURT,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S "PETITION FOR THE ISSUANCE OF A PRELIMINARY INJUNCTION AGAINST THE CITY OF DETROIT, ITS DEPARTMENT OF ELECTIONS AND CITY CLERK, JANICE WINFREY" (Doc. 47)

On August 15, 2016, plaintiff proceeding pro se and in forma pauperis, filed a complaint against the above named defendants. As best as can be gleaned, plaintiff claims violations of state and federal law relating to proceedings before the Michigan Supreme Court and Michigan Judicial Tenure Commission which resulted in her removal from the bench upon a finding that she is "mentally unfit." She also claims violations of federal law during her employment as a state district court judge, including Title VII (race, religion, and gender discrimination) and the Americans with Disabilities Act. The defendants are in the process of being served.

Before the Court is plaintiff's "Petition for the Issuance of a Preliminary Injunction Against the City of Detroit, its Department of Elections and City Clerk, Janice Winfrey (Doc. 47)[1] As best as can be gleaned, plaintiff is seeking "equitable relief" in asking the Court to issue a preliminary injunction enjoining the City of Detroit and its Clerk from disqualifying her as a candidate on the on the August 8, 2017 ballot for Mayor of the City of Detroit for failure to meet the residency requirement. As the Court explained in denying plaintiff's motion for a temporary restraining order asking for the same relief, "[p]utting aside that plaintiff cites no authority for the relief she seeks and the fact that state law provides a review process for nominating petitions, clearly, the subject matter [of the preliminary injunction] has nothing to do with the case pending before the undersigned."

Accordingly, the petition is DENIED.

SO ORDERED.

                                           S/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

Dated: June 1, 2017
       Detroit, Michigan

---

[1] Plaintiff previously filed a "Petition for a Temporary Restraining Order." (Docs. 39, 42). The Court denied the petition. See Doc. 43.