UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA K. SANDERS,

    Plaintiff,

v.

MICHIGAN SUPREME COURT, *et al.*,

    Defendants.
_____/

Case No. 16-12959
District Judge Avern Cohn
Magistrate Judge R. Steven Whalen

**ORDER AMENDING AND CORRECTING REPORT AND RECOMMENDATION [Doc. #184]**

On February 23, 2018, I filed a Report and Recommendation (R&R) addressing four motions to dismiss and one motion for judgment on the pleadings [Doc. #184]. One motion in particular was filed by the Michigan Attorney Discipline Board, the Michigan Judicial Tenure Commission, and the Michigan Supreme Court [Doc. #82]. The Michigan Attorney Grievance Commission ("AGC") was not part of that motion, and I erroneously stated that the AGC had not filed a motion to dismiss. I therefore recommended that the AGC be dismissed *sua sponte* under the principle of Eleventh Amendment immunity.

However, the AGC in fact did file a separate motion to dismiss or for judgment on the pleadings [Doc. #169]. Therefore, that part of my R&R [Doc. #184] that addresses the AGC is stricken. I will issue a separate R&R addressing the AGC's motion to dismiss.

IT IS SO ORDERED.

                          s/ R. Steven Whalen
                          R. STEVEN WHALEN
                          UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 26, 2018, electronically and/or by U.S. mail.

                          s/Carolyn M. Ciesla
                          Case Manager to the
                          Honorable R. Steven Whalen