UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA K. SANDERS,

    Plaintiff,

v.

MICHIGAN SUPREME COURT, *et al.*,

    Defendants.
_____/

Case No. 16-12959
District Judge Avern Cohn
Magistrate Judge R. Steven Whalen

# ORDER

Before the Court is Defendant City of Detroit's motion to quash Plaintiff's subpoena for documents [Doc. #91].

First, subpoenas are not the appropriate mechanism to seek discovery from a party; the Rules of Civil Procedure exist for that purpose. *See Hasbro, Inc. v. Serafino*, 168 F.R.D. 99, 100 (D. Mass. 1996). Secondly, on February 23, 2018, I filed a Report and Recommendation to dismiss Plaintiff's complaint as to the City of Detroit and other Defendants [Doc. #184], so a document request directed at that Defendant, by subpoena or otherwise, is not appropriate at this time.

Accordingly, the motion to quash [Doc. #91] is GRANTED.

IT IS SO ORDERED.

                                      s/ R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2018

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was sent to parties of record on March 26, 2018, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen