UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SANDERS,

    Plaintiff,

v.

MICHIGAN SUPREME COURT, ET. AL.,

    Defendants.

_____/

Civil No. 16-12959

Hon. Avern Cohn

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore this case is DISMISSED.

DAVID WEAVER

Dated: February 20, 2018

By: s/Marie Verlinde
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 20, 2019, by electronic and/or ordinary mail.

s/Marie Verlinde
Case Manager, (313) 234-5160